# EXHIBIT A

EXHIBIT A

Int. Cl.: 3

Prior U.S. Cls.: 1, 4, 6, 50, 51 and 52

**United States Patent and Trademark Office**

Reg. No. 3,215,705
Registered Mar. 6, 2007

## TRADEMARK
PRINCIPAL REGISTER

# Tammy Taylor

TAYLOR, TAMMY (UNITED STATES INDIVIDUAL)
18007-E SKY PARK CIRCLE
IRVINE, CA 92614

FOR: NAIL CARE PRODUCTS, NAMELY ARTIFICIAL FINGERNAILS AND TIPS, ADHESIVES FOR ATTACHING ARTIFICIAL FINGERNAILS AND TIPS, ADHESIVE REMOVERS, NAIL BUFFERS, EMERY BOARDS, NAIL FILES, GRINDERS, NAIL POLISH BASE COAT, NAIL POLISH, NAIL POLISH TOP COAT, NAIL POLISH REMOVER NAIL ART, ACRYLIC NAILS AND SCULPTURE GELS; HAIR CARE PRODUCTS, NAMELY, HAIR SHAMPOOS, HAIR CONDITIONERS, HAIR MOISTURIZING TREATMENTS, HAIR STYLING PREPARATIONS AND HAIR SPRAYS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 2-2-1983; IN COMMERCE 2-2-1983.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,449,209 AND 2,578,538.

SER. NO. 78-881,068, FILED 5-11-2006.

NAAKWAMA ANKRAH, EXAMINING ATTORNEY