# EXHIBIT D

# EXHIBIT D

Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 3,215,706
Registered Mar. 6, 2007

## SERVICE MARK
### PRINCIPAL REGISTER

# Tammy Taylor Nails

TAYLOR, TAMMY (UNITED STATES INDIVIDUAL)
18007-E SKY PARK CIRCLE SUITE #3
IRVINE, CA 92614

FOR: RETAIL AND WHOLESALE STORE SERVICES FEATURING COSMETICS, NAIL PRODUCTS, BODY AND HAIR CARE PRODUCTS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 2-2-1983; IN COMMERCE 2-2-1983.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,449,209 AND 2,578,538.

SER. NO. 78-881,078, FILED 5-11-2006.

NAAKWAMA ANKRAH, EXAMINING ATTORNEY