# EXHIBIT E

# EXHIBIT E



# REPUBLIC OF SOUTH AFRICA
## CERTIFICATE OF REGISTRATION

**No. 2017/16838**  THE TRADE MARKS ACT, 1993

I hereby certify, in terms of section 29(2) of the Act, that subject to the terms and conditions specified therein the under mentioned trade mark has been registered in the Trade Marks Office with effect from:

19 June 2017

The registration is for a period of 10 years from:

19 June 2017

Particulars of entry in the Register of Trade Marks:

2017/16838 in Class 03; See reverse; in the name of Tammy Taylor Nails, Inc., a California corporation of 2001 E. Deere Avenue, Santa Ana, California 92705, United States of America. Address for service: ADAMS & ADAMS, Lynnwood Bridge, 4 Daventry Street, Lynnwood Manor, Pretoria, Gauteng, Republic of South Africa.

## TAMMY TAYLOR

Associated with no. 2017/16839

Registration of this trade mark shall give no right to the exclusive use of the word "TAYLOR" in its significance as a surname, apart from the mark.

Signed and sealed at Pretoria this 20 day of February yr 2019  FILED: 19 June 2017.

**REGISTRAR OF TRADE MARKS**

2017/16838 Class 03: Nail care products, namely cuticle and nail conditioning crèmes, lotions, and oils; nail polish; nail protein polish; nail hardeners, nail strengtheners, nail polish remover, nail buffing preparations; nail polish base coat; nail polish top coat; nail care preparations, nail treatments and nail lacquer; false fingernail products, namely, tips and overlays, false fingernail care preparations, false fingernails, and adhesives for attaching false fingernails; nail glitter; nail art stickers; cosmetic toiletry bags sold filled with nail care products; hair care products, namely, hair gel, hair glue, non-medicated cosmetic hair treatments, non-medicated hair serum; hair care preparations, namely, thermal shield, hair cream, hair conditioners, hair gel, hair dye, hair pomade, hair lotions, hair shampoo, hair mousse, hair spray; and hair care preparations; cosmetics, namely, lipsticks, lip gloss, lip liners and lip balms, eye shadows, eye lining pencils, liquid eye liners, mascara, eyebrow pencils, artificial eyelashes, blush, foundation makeup, pressed powder, loose powder; cosmetic creams in the nature of exfoliators, namely, skin and facial exfoliators; non-medicated moisturizers for the face and body; cosmetic masks for the face and body; eye creams; skin cleansing wipes, namely, wipes impregnated with a skin cleanser; non-medicated skin care creams, lotions, oils, sprays, and gels for the face and body; non-medicated anti-cellulite and body firming creams, lotions, serums and sprays for the face and body; sun care lotions, namely, cosmetic suntan lotions, skin bronzers, sunscreen creams, self-tanning creams, after-sun soothers, all in the nature of non-medicated lotions, gels, creams, and rehydrators; fragrances for personal use; cotton puffs for cosmetic purposes; pre-moistened cosmetic wipes; sponges impregnated with cleaning preparations.