# EXHIBIT F

# EXHIBIT F



# REPUBLIC OF SOUTH AFRICA
# CERTIFICATE OF REGISTRATION

No. 2017/16839      THE TRADE MARKS ACT, 1993

I hereby certify, in terms of section 29(2) of the Act, that subject to the terms and conditions specified therein the under mentioned trade mark has been registered in the Trade Marks Office with effect from:

19 June 2017

The registration is for a period of 10 years from:

19 June 2017

Particulars of entry in the Register of Trade Marks:

2017/16839 in Class 44: Manicure services; nail care services; nail care salons; pedicure services; day spa services, namely, nail care, manicures, pedicures and nail enhancements; hair salon services; beauty salon services.; in the name of Tammy Taylor Nails, Inc., a California corporation of 2001 E. Deere Avenue, Santa Ana, California 92705, United States of America. Address for service: ADAMS & ADAMS, Lynnwood Bridge, 4 Daventry Street, Lynnwood Manor, Pretoria, Gauteng, Republic of South Africa.

## TAMMY TAYLOR

Associated with no. 2017/16838

Registration of this trade mark shall give no right to the exclusive use of the word "TAYLOR" in its significance as a surname, apart from the mark.

FILED: 19 June 2017.

Signed and sealed at Pretoria this 20 day of February yr 2019

REGISTRAR OF TRADE MARKS

T721101ZA44      PJ: 29 August 2018