# EXHIBIT G

# EXHIBIT G



# REPUBLIC OF SOUTH AFRICA

## CERTIFICATE OF REGISTRATION

---

| No. 2019/14604 | THE TRADE MARKS ACT, 1993 |

I hereby certify, in terms of section 29(2) of the Act, that subject to the terms and conditions specified therein the under mentioned trade mark has been registered in the Trade Marks Office with effect from:

23 May 2019

The registration is for a period of 10 years from:

27 May 2019

Particulars of entry in the Register of Trade Marks:

2019/14604 in Class 03; See reverse; in the name of Tammy Taylor Nails, Inc., a California corporation of 2001 E. Deere Avenue, Santa Ana, California 92705, United States of America. Address for service: ADAMS & ADAMS, Lynnwood Bridge, 4 Daventry Street, Lynnwood Manor, Pretoria, Gauteng, Republic of South Africa.



Associated with No. 2019/14605.

Priority is claimed by virtue of trade mark No. 88/444,427 filed in the United States of America on 23 May 2019.

FILED: 27 May 2019.

Signed and sealed at Pretoria this 25 day of November yr 2020

**REGISTRAR OF TRADE MARKS**

T744437ZA03  PJ: 24 June 2020

2019/14604 in Class 03: Nail care products, namely artificial fingernails and tips, adhesives for attaching artificial fingernails and tips, adhesive removers, nail buffers, emery boards, nail files, grinders, nail polish base coat, nail polish, nail polish top coat, nail polish remover nail art, acrylic nails and sculpture gels; nail care preparations.