UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY TAYLOR NAILS, INC.,<br><br>                Plaintiff,<br><br>  v.<br><br>MELANY VILJOEN, PEET VILJOEN, TAMMY TAYLOR GLOBAL FRANCHISING, and DOES 1 THROUGH 10,<br><br>                Defendants. | Case No. 24-cv-0624-BAS-DTF<br><br>**ORDER AMENDING REQUEST FOR SUPPLEMENTAL BRIEFING (ECF No. 21)** |

      Last week, this Court issued an Order Requesting Supplemental Briefing regarding service of process and specific jurisdiction. Yesterday, an en banc panel of the Ninth Circuit issued a decision in *Briskin v. Shopify, Inc.*, No. 22-15815, 2025 WL 1154075 (9th Cir. Apr. 21, 2025), which deals with issues of specific jurisdiction. Accordingly, this Court **AMENDS** its prior Order and requests Plaintiff, to the degree Plaintiff believes *Shopify* applies, to address *Shopify* in its supplemental briefing. (ECF No. 21.)

      **IT IS SO ORDERED.**

**DATED: April 22, 2025**

                                                   Hon. Cynthia Bashant, Chief Judge<br>                                                   United States District Court